# United States Court of Appeals
## For the First Circuit

_____

Nos.  25-2152
      26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

_____

### ORDER OF COURT

Entered: February 2, 2026

    The above-captioned appeals are before the court on "Petitioner-Appellee's Motion to Consolidate Appeals and to Expedite Briefing and Argument." Petitioner-appellee states that respondent-appellants assent to consolidation of the above-captioned appeals and "do[] not oppose expediting the appeals." Per the motion, the parties do disagree as to specific briefing deadlines. The motion is resolved as follows. The above-captioned appeals are consolidated for purposes of briefing and any oral argument. The briefing schedule previously entered in Appeal 25-2152 is vacated, and briefing of the consolidated appeals will proceed according to the following schedule. The consolidated opening brief and the appendix shall be filed by February 17, 2026. The consolidated response brief shall be filed by March 9, 2026. Any consolidated reply brief shall be filed by March 16, 2026. Oral argument, to the extent ultimately deemed necessary, will be scheduled as soon as practicable.

    By the Court:

    Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
August E. Flentje
Rayford A. Farquhar
Abraham R. George
Anuj K. Khetarpal
Katherine Shinners
John A. Hawkinson
Anthony Mirenda
Gilles R. Bissonnette
Carol J. Garvan
Annelise Maia Jatoba de Araujo
Daniel Louis McFadden
Adriana Lafaille
Christopher Escobedo Hart
Jessie J. Rossman
Michael King Thomas Tan
Sameer Ahmed
My Khanh Ngo
SangYeob Kim
Sabrineh Ardalan
Caroline Meade
Julian Bava
Chelsea Eddy
Max Isak Brooks
Gilleun Kang
Laurie Wiesner