# United States Court of Appeals
## For the First Circuit

---

Nos.　25-2152
　　　26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

---

**ORDER OF COURT**

Entered: March 6, 2026

　　The "Unopposed Motion of Non-Party John A. Hawkinson to Remove Docket Access Restrictions" is resolved as follows.

　　John A. Hawkinson shall have remote access in the above-captioned consolidated appeals to: (a) the docket maintained by the court, see Fed. R. Civ. P. 5.2(c)(2)(A); Fed. R. App. P. 25(a)(5); (b) any opinion, order, judgment, or other disposition of the court, see Fed. R. Civ. P. 5.2(c)(2)(B); and (c) any other part of the public, electronically available case file.

　　To the extent Hawkinson seeks relief extending beyond the foregoing, including any request for access by individuals or entities other than Hawkinson himself, the motion is denied, without prejudice to the filing of an individualized request for access by any other individual or entity. See Fed. R. Civ. P. 5.2(c) Advisory Committee Notes (immigration cases "entitled to special treatment due to the prevalence of sensitive information and the volume of filings").

In preparing their filings, the parties are directed to the redaction procedures set forth in Fed. R. App. P. 25(a)(5) (Privacy Protection), Local Rule 25.0(m) (Privacy Protections and Public Access), and Fed. R. Civ. P. 5.2(a) (Redacted Filings).

The parties should take note that:

> [t]he responsibility for redacting . . . personal identifiers rests solely with counsel and the parties. The clerk will not review any document for compliance with this rule. Filers are advised that it is the experience of this court that failure to comply with redaction requirements is most apt to occur in attachments, addenda, or appendices, and, thus, special attention should be given to such documents.

Local Rule 25.0(m).

If the parties believe certain information in a filing should not be part of the public record, they should consult the procedures set forth in Local Rule 11.0(c)(2)-(3), file a motion to seal, and consider the option of providing a separate supplemental filing with the sealed material.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, August E. Flentje, Rayford A. Farquhar, Abraham R. George, Anuj K. Khetarpal, Katherine Shinners, Brett Allen Shumate, Drew C. Ensign, Benjamin Timothy Hayes, John A. Hawkinson, Anthony Mirenda, Gilles R. Bissonnette, Carol J. Garvan, Annelise Maia Jatoba de Araujo, Daniel Louis McFadden, Adriana Lafaille, Christopher Escobedo Hart, Jessie J. Rossman, Michael King Thomas Tan, Sameer Ahmed, My Khanh Ngo, SangYeob Kim, Sabrineh Ardalan, Caroline Meade, Julian Bava, Chelsea Eddy, Max Isak Brooks, Gilleun Kang, Matt A. Crapo