# United States Court of Appeals
## For the First Circuit

---

Nos. 25-2152
     26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

---

**ORDER OF COURT**

Entered: March 11, 2026
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration, Attorney Philip J. Levitz's motion for leave to enter an appearance on behalf of Movants State of New York, State of California, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of Oregon, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and District of Columbia is granted. Attorney Philip J. Levitz's notice of appearance is accepted for filing as of this date.

                                       By the Court:

                                       Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, August E. Flentje, Rayford A. Farquhar, Abraham R. George, Anuj K. Khetarpal, Katherine Shinners, Brett Allen Shumate, Drew C. Ensign, Benjamin Timothy Hayes, Laurie Wiesner, John A. Hawkinson, Anthony Mirenda, Gilles R. Bissonnette, Judy Rabinovitz, Carol J. Garvan, Annelise Maia Jatoba de Araujo, Daniel Louis McFadden, Adriana Lafaille, Christopher Escobedo Hart, Jessie J. Rossman, Michael King Thomas Tan, Sameer Ahmed, My Khanh Ngo, SangYeob Kim, Sabrineh Ardalan, Caroline Meade, Julian Bava, Chelsea Eddy, Max Isak Brooks, Gilleun Kang, Matt A. Crapo, Emma C. Winger, James Joseph Beha II, Philip Levitz, Marissa Malouff, Michael Louis Newman, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Amit Jain