# United States Court of Appeals
## For the First Circuit

_____

Nos. 25-2152
     26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI L. NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

_____

**ORDER OF COURT**

Entered: March 12, 2026
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, Appellee Jose Arnulfo Guerrero Orellana's motion for leave to file a corrected brief is granted. The corrected brief attached to the motion is accepted for filing on this date.


                      By the Court:

                      Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, August E. Flentje, Rayford A. Farquhar, Abraham R. George, Anuj K. Khetarpal, Katherine Shinners, Brett Allen Shumate, Drew C. Ensign, Benjamin Timothy Hayes, Laurie Wiesner, John A. Hawkinson, Anthony Mirenda, Gilles R. Bissonnette, Judy

Rabinovitz, Carol J. Garvan, Annelise Maia Jatoba de Araujo, Daniel Louis McFadden, Adriana Lafaille, Christopher Escobedo Hart, Jessie J. Rossman, Michael King Thomas Tan, Sameer Ahmed, My Khanh Ngo, SangYeob Kim, Sabrineh Ardalan, Caroline Meade, Julian Bava, Chelsea Eddy, Max Isak Brooks, Gilleun Kang, Matt A. Crapo, Emma C. Winger, James Joseph Beha II, Philip Levitz, Marissa Malouff, Michael Louis Newman, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Amit Jain