# United States Court of Appeals
## For the First Circuit

Nos.    25-2152
       26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

---

### ORDER OF COURT

Entered: April 7, 2026
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration, the motion to withdraw Attorney Anuj K. Khetarpal as counsel for Appellants Todd M. Lyons, Daren K. Margolin, Markwayne Mullin, and Not Party Patricia H. Hyde is granted. Attorney Khetarpal is hereby withdrawn as counsel, and Appellants and Not Party Patricia H. Hyde will continue to be represented by the remaining counsel of record.


      By the Court:

      Anastasia Dubrovsky, Clerk


cc:
Donald Campbell Lockhart, August E. Flentje, Rayford A. Farquhar, Abraham R. George, Anuj K. Khetarpal, Katherine Shinners, Brett Allen Shumate, Drew C. Ensign, Benjamin Timothy

Hayes, Laurie Wiesner, John A. Hawkinson, Anthony Mirenda, Gilles R. Bissonnette, Judy Rabinovitz, Carol J. Garvan, Annelise Maia Jatoba de Araujo, Daniel Louis McFadden, Adriana Lafaille, Christopher Escobedo Hart, Jessie J. Rossman, Michael King Thomas Tan, Sameer Ahmed, My Khanh Ngo, SangYeob Kim, Sabrineh Ardalan, Caroline Meade, Julian Bava, Chelsea Eddy, Max Isak Brooks, Gilleun Kang, Matt A. Crapo, Emma C. Winger, James Joseph Beha II, Philip Levitz, Marissa Malouff, Michael Louis Newman, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Amit Jain