# United States Court of Appeals
## For the First Circuit

————————————

Nos.    25-2152
        26-1094

JOSE ARNULFO GUERRERO ORELLANA,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents - Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

————————————

**ORDER OF COURT**

Entered: April 14, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney John Bailey's motion for leave to enter an appearance on behalf of Appellants Todd Blanche, Todd M. Lyons, Daren K. Margolin, Antone Moniz, Markwayne Mullin, and David Wesling is granted. Attorney John Bailey's notice of appearance and designation form are accepted for filing as of this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, August E. Flentje, Rayford A. Farquhar, Abraham R. George, Katherine Shinners, Brett Allen Shumate, Drew C. Ensign, Benjamin Timothy Hayes, Laurie

Wiesner, John Bailey, John A. Hawkinson, Anthony Mirenda, Gilles R. Bissonnette, Judy Rabinovitz, Carol J. Garvan, Annelise Maia Jatoba de Araujo, Daniel Louis McFadden, Adriana Lafaille, Christopher Escobedo Hart, Jessie J. Rossman, Michael King Thomas Tan, Sameer Ahmed, My Khanh Ngo, SangYeob Kim, Sabrineh Ardalan, Caroline Meade, Julian Bava, Chelsea Eddy, Max Isak Brooks, Gilleun Kang, Matt A. Crapo, Emma C. Winger, James Joseph Beha II, Philip Levitz, Marissa Malouff, Michael Louis Newman, William M. Tong, Peter F. Neronha, Nicholas W. Brown, Amit Jain