# United States Court of Appeals
## For the First Circuit

Nos. 25-2152, 26-1094

JOSÉ ARNULFO GUERRERO ORELLANA,

Petitioner, Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; DAVID WESLING, Acting Field Office Director; DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,

Respondents, Appellants,

PATRICIA H. HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement,

Respondent.

**JUDGMENT**

Entered: August 13, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The District Court's orders are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
August E. Flentje
Rayford A. Farquhar
Abraham R. George
Katherine Shinners
Brett Allen Shumate
Drew C. Ensign
Benjamin Timothy Hayes
Laurie Wiesner
John Bailey
John A. Hawkinson
Anthony Mirenda
Gilles R. Bissonnette
Judy Rabinovitz
Carol J. Garvan
Annelise Maia Jatoba de Araujo
Daniel Louis McFadden
Adriana Lafaille
Christopher Escobedo Hart
Jessie J. Rossman
Michael King Thomas Tan
Sameer Ahmed
My Khanh Ngo
SangYeob Kim
Sabrineh Ardalan
Caroline Meade
Julian Bava
Chelsea Eddy
Max Isak Brooks
Gilleun Kang
Matt A. Crapo
Emma C. Winger
James Joseph Beha II
Philip Levitz
Marissa Malouff
Michael Louis Newman
William M. Tong
Peter F. Neronha
Nicholas W. Brown
Amit Jain